No. 51,604

(603 P.2d 627)

BOARD OF PUBLIC UTILITIES OF KANSAS CITY, KANSAS, *Appellant,* v. CITY OF KANSAS CITY, KANSAS, JOHN REARDON, PATRICK HANLON and ROBERT ZAHNTER, *Appellees.*[1]

Opinion filed December 7, 1979.

*John H. Fields,* of Carson, Fields & Boal, of Kansas City, argued the cause and the firm of Stinson, Mag & Fizzell, of Kansas City, Missouri, was with him on the brief for the appellant.

*Robert J. Watson,* city attorney, of Kansas City, and *Norman E. Gaar,* approving bond counsel, of Kansas City, Missouri, argued the cause and *J. F. Steineger,* special bond counsel, of Kansas City, was with them on the brief for the appellees.

The opinion of the court was delivered by

HERD, J.: This is an action brought by the Board of Public Utilities against the City of Kansas City, Kansas and its three commissioners, John Reardon, Patrick Hanlon and Robert Zahnter, to determine whether the Board of Public Utilities or the City of Kansas City, Kansas has the authority to determine and

1. The formal opinion to *Board of Public Utilities v. City of Kansas City* was filed January 19, 1980. See 227 Kan. 194, 603 P.2d 627.

prescribe the manner and procedure used in issuing revenue and refunding revenue bonds pursuant to K.S.A. 13-1252 *et seq.* On October 23, a three-judge panel on the Wyandotte County District Court ruled that such authority is to be exercised by the City of Kansas City, Kansas. The case was appealed to the Court of Appeals and subsequently transferred to this court.

Due to the urgency of the matter, the parties were given a deadline of November 21, 1979 to file their briefs. The case was argued before this court on November 26, 1979.

After giving the matter due consideration we hold, by a unanimous court, the City of Kansas City, Kansas is vested with the authority to prescribe the procedure and manner of issuing revenue and refunding revenue bonds, pursuant to K.S.A. 13-1252 *et seq.* The judgment of the three-judge panel is affirmed.

This abbreviated opinion announcing the decision of the court will be supplemented by a formal opinion to be filed at a later date.